The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

SHANNON ARMSTRONG,

          Plaintiff,

    v.

GULICK TRUCKING, INC.,

          Defendant.

No. 3:22-cv-05625-BHS

**ORDER GRANTING STIPULATED MOTION STAYING PROCEEDINGS PENDING MEDIATION**

///
///
///
///
///
///
///
///
///
///

ORDER GRANTING STIPULATED MOTION
STAYING PROCEEDINGS PENDING MEDIATION
3:22-cv-05625-BHS - 1

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1950
Portland, Oregon 97201
(503) 248-1134
Fax: (503) 224-8851

///

THIS MATTER came before the court on May 8, 2023, regarding the Parties' Stipulated Motion Staying Proceedings Pending Mediation, IT IS HEREBY ORDERED that this case is stayed pending completion of mediation on June 16, 2023. The parties shall file a Joint Status Report within 14 days after the mediation.

Dated this 10th day of May, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

By s/Dennis Westlind
_____
Dennis Westlind, WSB No. 39972
dwestlind@bullardlaw.com
Ed Choi, OSB No. 135673
echoi@bullardlaw.com
Attorneys for Defendant

ORDER GRANTING STIPULATED MOTION
STAYING PROCEEDINGS PENDING MEDIATION
3:22-cv-05625-BHS - 2

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1950
Portland, Oregon 97201
(503) 248-1134
Fax: (503) 224-8851

**CERTIFICATE OF SERVICE**

I hereby certify that on  May 8, 2023 I served the foregoing **ORDER GRANTING STIPULATED MOTION STAYING PROCEEDINGS PENDING MEDIATION** on:

> Lisa Burke
> MBE Law Group PLLC
> 1700 7th Avenue, Suite 2100
> Seattle, WA 98101

☑ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed.  It was contained in a sealed envelope and addressed as stated above.

☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed.  It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

☐ by **faxing** a true and correct copy to the last known facsimile number of each person listed, with confirmation of delivery.  It was addressed as stated above.

☐ by **emailing** a true and correct copy to the last known email address of each person listed, with confirmation of delivery.

> s/Dennis Westlind
> Dennis Westlind, WSB No. 39972
> Ed Choi, OSB No. 135673 (*pro hac vice*)
> Attorneys for Defendant

CERTIFICATE OF SERVICE - 1

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1950
Portland, Oregon 97201
(503) 248-1134
Fax:  (503) 224-8851